Fannie C. Ryer, as Administratrix, etc., Respondent, v. Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

John Farrell, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Corbett* v. *Gibson* (18 Hun, 49). Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of the Appraisal of the Estate of Wager J. Hull, Deceased, Under the Acts Relative to the Taxable Transfers of Property.— Reargument ordered, and case set down for Monday, January 15, 1906. Present — Jenks, Hooker, Rich and Miller, JJ.

The People of the State of New York ex rel. Sylvester D. Baldwin, Respondent, v. William McAdoo, as Police Commissioner of the City of New York, Appellant.— Appeal dismissed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Mary J. Ricketts, Respondent, v. Henry Powell Ramsdell and Others, Individually and as Executors of and Trustees under the Last Will and Testament of Homer Ramsdell, Deceased. Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Anthony Savage, an Infant under the Age of Fourteen Years, by Michael Savage, His Guardian ad Litem, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred; Miller, J., dissented.

Theodore P. Shouts, Respondent, v. Edward R. Thomas and Others, Composing the Firm of Thomas & Post, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Caroline C. Starkey, Respondent, v. Howard S. Webster and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Herman Stump, Appellant, v. Julia L. Butterfield, as Executrix, etc., of Daniel Butterfield, Deceased, Respondent.— Order reversed, with ten dollars costs and disbursements, motion denied with costs, and verdict reinstated, upon the authority of *Dubuc* v. *Lazell, Dalley & Co.* (182 N. Y. 482). Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Samuel Tierstein, Respondent, v. Max Glassberg, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

William J. Wilson, Respondent, v. Charles Weissel, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of the Application of Russell E. Colcord for Admission to the Bar.— Application for admission to the bar granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Annie Andrews, as Administratrix, etc., Respondent, v. H. & H. Reiners, Appellant.— Reargument ordered on the sole question of the application of section 829 of the Code of Civil Procedure, and case set down for Monday, February 26, 1906. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Edwin Clark, as Administrator de Bonis Non of the Estate of Sarah Clark, Respondent, v. Mathias Trost and John J. Clancy, Appellants.— Motion granted and order resettled so as to provide that the costs awarded to the plaintiff be